```
 1 | BILL LOCKYER
   | Attorney General of the State of California
 2 | ROBERT R. ANDERSON
   | Chief Assistant Attorney General
 3 | FRANCES T. GRUNDER
   | Senior Assistant Attorney General
 4 | JENNIFER A. NEILL
   | Supervising Deputy Attorney General
 5 | BARBARA A. MORRIS (SBN 137680)
   | Deputy Attorney General
 6 |  1300 I Street, Suite 125
   |  P.O. Box 944255
 7 |  Sacramento, CA 94244-2550
   |  Telephone: (916) 322-3870
 8 |  Fax: (916) 324-5205
 9 | Attorneys for Defendant Runnels
   | 48149280-SA2005300167
10 |
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BYRON L. SCOTT,**<br><br>                                Plaintiff,<br><br>v.<br><br>**CALIFORNIA SUPREME COURT, et al.,**<br><br>                                Defendants. | CASE NO. CIV S-04-2586 LKK GGH P<br><br>**ORDER GRANTING DEFENDANT D.L. RUNNELS' EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

   **IT IS HEREBY ORDERED THAT** good cause having been shown, the defendant shall have until June 30, 2005, to file his answer or other responsive pleading.

DATED:  6/7/05

                                                  /s/ Gregory G. Hollows
                                         _____
                                         U.S. MAGUSTRATE JUDGE

scot2586.eot05

BAM:js
scot2586.eot05.wpd

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Granting Defendant D.L. Runnels'
Ex Parte Request for Extension of Time to File Responsive Pleading