IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON L. SCOTT,

    Plaintiff,   No. CIV S-04-2586 LKK GGH P

  vs.

CALIFORNIA SUPREME COURT, et al.,

    Defendants.   ORDER

_____/

    Plaintiff has filed his second request for the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's second request for the appointment of counsel will therefore be denied.

    Plaintiff's request for counsel also includes a letter to the court containing additional requests for relief such as an order directing that defendants treat plaintiff respectfully and place plaintiff in a cell with a Hebraic Jew. Requests for relief must be made by motion

1  rather than by an informal letter to the court.  Fed. R. Civ. P. 7.  In addition, unrelated requests
2  must be made by separate motions.  In other words, motions for appointment of counsel must be
3  filed separately from requests for injunctive relief.
4        Accordingly, IT IS HEREBY ORDERED that plaintiff's May 25, 2005 second
5  request for the appointment of counsel is denied.
6  DATED:  6/17/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
scot2586.31

2