IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON L. SCOTT,

      Plaintiff,                                  No. CIV S 04-2586 LKK GGH P

   vs.

CALIFORNIA SUPREME COURT, et al.,

      Defendants.                ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a request for a court order allowing him access to the law library. In his motion, plaintiff alleges that court orders are necessary before he can use the law library and he therefore requests that the court issue an order granting him "Preferred Legal User" status.

      Plaintiff does not allege that he is under a present obligation to submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired. The court will not set a deadline merely for the purpose of insuring the plaintiff additional library time.

      In addition, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on December 6, 2004 and May 25, 2005. All requests were denied. In light of those orders, plaintiff's June 17, 2005 request is denied.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 17, 2005 request for a court-ordered deadline is denied; and

2. Plaintiff's June 17, 2005 third request for the appointment of counsel is denied.

DATED: 7/13/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
scot2586.31t