IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BYRON L. SCOTT,** | Case No. 2:04-cv-02586-LKK-GGH (P) |
| Plaintiff, | **ORDER CONTINUING SUMMARY JUDGMENT PROCEEDINGS** |
| v. | |
| **CALIFORNIA SUPREME COURT, et al.,** | |
| Defendant. | |

**GOOD CAUSE APPEARING**, the Court continues the proceedings on Plaintiff's motion for summary judgment for ninety days. Defendant Runnels' opposition to Plaintiff's motion for summary judgment is due on or before June 7, 2006.

**IT IS SO ORDERED.**

DATED: 5/3/06                                    /s/ Gregory G. Hollows

                                                                 HON. GREGORY G. HOLLOWS
                                                                 United States Magistrate Judge

sc2586.st

Order Staying Summary Judgment Proceedings

1