1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  DAVID A. CARRASCO
   Supervising Deputy Attorney General
5  BARBARA A. MORRIS, State Bar No. 137680
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 322-3870
8    Fax: (916) 324-5205

9  Attorneys for Defendant Runnels
   SA2005300167
10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

15 | **BYRON L. SCOTT,** | CASE NO. 2:04-cv-02586-LKK-GGH (P)
16 |                       Plaintiff, | **STIPULATION TO STAY ACTION WHILE THE PARTIES DISCUSS SETTLEMENT**
17 | v. |
18 | **CALIFORNIA SUPREME COURT, et al.,** |
19 |                       Defendant. |
20

21         Plaintiff Byron Scott, Plaintiff in Propria Persona, and Defendant David Runnels, by

22 and through his attorneys of record, hereby stipulate that this case be stayed until July 21, 2006

23 while the parties continue to explore the possibility of settling this action.

24         During Plaintiff's deposition at High Desert State Prison on April 28, 2006, the parties

25 discussed the possibility of settling this action, and believe that further settlement discussions

26 might be fruitful.

27 / / /

28 / / /

*Stipulation to Stay Action While the Parties Discuss Settlement*
1

Under this stipulation, Defendant's opposition to Plaintiff's pending motion for summary judgment will be due on July 21, 2006 and Defendant's response to Plaintiff's pending discovery requests will be due on June 21, 2006.

IT IS SO STIPULATED.

Dated: May 11, 2006

(original signature retained by attorney Barbara A. Morris)
/s/ Byron Scott

BYRON SCOTT
Plaintiff In Propria Persona

Dated: May 16, 2006

(original signature retained by attorney Barbara A. Morris)
/s/ Barbara A. Morris

BARBARA A. MORRIS
Deputy Attorney General for
Defendant D. Runnels

**GOOD CAUSE APPEARING**, Defendant Runnels shall have up to and including July 21, 2006, in which to file his opposition to Plaintiff's motion for summary judgment, and shall have until June 21, 2006, to respond to Plaintiff's pending discovery requests.

**IT IS SO ORDERED**.

Dated: 5/25/06

/s/ Gregory G. Hollows

HON. GREGORY G. HOLLOWS
United States Magistrate Judge

sc2586.sta.wpd

*Stipulation to Stay Action While the Parties Discuss Settlement*

2