IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON L. SCOTT,

        Plaintiff,                    No. CIV S-04-2586 LKK GGH P

    vs.

CALIFORNIA SUPREME COURT, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to compel filed July 17, 2006. Plaintiff requests that defendants be ordered to provide him with a copy of his deposition transcript. Plaintiff also requests that defendants be ordered to pay sanctions. On July 28, 2006, defendants filed an opposition to plaintiff's motion.

        An indigent, imprisoned inmate must bear his own costs in litigation. <u>Rivera v. DiSabato</u>, 962 F. Supp. 38, 40 (D.N.J. 1997) (court cannot compel opposing party to provide deposition transcript to indigent defendant); <u>cf.</u> <u>Tabron v. Grace</u>, 6 F.3d 147, 158-59 (3d Cir. 1993)(finding no abuse of discretion because there is no authorization for the court to commit federal money to provide indigent litigants with copies of deposition transcripts). Accordingly, plaintiff's motion to compel is denied. Plaintiff's request for sanctions is without merit.

1  On July 14, 2006, plaintiff filed a request to exceed the limit of 25 interrogatories per party set forth in Fed. R. Civ. P. 33(a). Plaintiff has not shown good cause to exceed this limit.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 14, 2006, request to exceed the limit of 25 interrogatories per party is denied;

2. Plaintiff's July 17, 2006, motion to compel and request for sanctions is denied.

DATED:  8/2/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
sc2586.com