EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
VICKIE P. WHITNEY
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5288
  Fax: (916) 324-5205
  Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendant. Runnels

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BYRON L. SCOTT,** | 2:04-cv-02586-LKK-GGH (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA SUPREME COURT, et al.,** | |
| Defendant. | |

ORDER

The court finds there is good cause to grant Defendant's request for an extension of time to oppose Plaintiff's cross motion for summary judgment. Accordingly, Defendant is granted a period of thirty days, to and including September 7, 2007, to file and serve an opposition.

**IT IS SO ORDERED.**

Dated: 7/31/07              /s/ Gregory G. Hollows
                            U.S. Mag. Judge

sc2586.eot