IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON L. SCOTT,

        Plaintiff,                    No. CIV S-04-2586 LKK GGH P

    vs.

CA. SUPREME COURT, et al.,

        Defendants.         <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On August 13, 2007, the court recommended that plaintiff's motion for injunctive relief be denied.  Plaintiff did not file objections.  On November 19, 2007, this court adopted the August 13, 2007, findings and recommendations.

        On December 3, 2007, plaintiff filed a request for reconsideration of the November 19, 2007, order.  Plaintiff states that he did not receive the August 13, 2007, findings and recommendations.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 3, 2007, request for reconsideration is granted;

        2. The November 19, 2007, order is vacated;

/////

1

1   3. The Clerk of the Court is directed to re-serve plaintiff with the August 13,
2  2007, findings and recommendations.
3  DATED: January 4, 2008.

```
                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```