IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON SCOTT,

      Plaintiff,                       No. CIV S-04-2586 LKK GGH P

      vs.

CALIFORNIA SUPREME COURT, et al.,

      Defendants.              ORDER

_____/

      On December 20, 2007, the court recommended that plaintiff's summary judgment motion be denied and that defendants' summary judgment motion be granted. On March 12, 2006, the Honorable Lawrence K. Karlton referred this matter back to the undersigned. Judge Karlton found that after the findings and recommendations were issued, the Ninth Circuit decided <u>Shakur v. Schriro</u>, 514 F.3d 878 (9th Cir. 2008), which changed the analysis applicable to plaintiff's claims.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's summary judgment motion filed July 16, 2007, and defendants' summary judgment motion filed June 28, 2007, are vacated;

/////

/////

1       2. The parties are granted thirty days from the date of this order to file renewed

2 summary judgment motions addressing the new legal standard set forth in <u>Shakur v. Schriro</u>.

3 DATED: 03/20/08

                                                  /s/ Gregory G. Hollows

                                                  UNITED STATES MAGISTRATE JUDGE

sc2586.ord