IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BYRON L. SCOTT,** | 2:04-cv-02586-LKK-GGH (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA SUPREME COURT, et al.,** | |
| Defendant. | |

The court finds there is good cause to grant Defendant's request for an extension of time to file a renewed motion for summary judgment. Accordingly, Defendant is granted a period of two weeks, to and including May 5, 2008, to file a renewed motion for summary judgment.

**IT IS SO ORDERED.**

Dated: 04/29/08          /s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

sc2586.eot

1